ELVA PETRIE, Preliminary Executrix of HOLLIS R. PETRIE, Deceased, Plaintiff, v. JOSEPH B. SPINELLA et al., Doing Business as SPINELLA BROTHERS, Defendants. LONELLE BISSETTE, Plaintiff, v. JOSEPH B. SPINELLA et al., Doing Business as SPINELLA BROTHERS, Defendants and Third-Party Plaintiffs-Respondents. HARTY-PARRY CORPORATION, Third-Party Defendant-Appellant.—

Present — Del Vecchio, J. P., Marsh, Gabrielli, Moule and Henry, JJ.